IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANE ALVIN GEEDY, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL NO. 4:CV-14-447 |
| | : | |
| MICHAEL OVERMEYER, | : | (Judge Brann) |
| | : | |
| Respondent | : | |

## ORDER

April 25, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Petitioner's request to proceed in forma pauperis is **GRANTED**.

2. Petitioner's request that disposition of his pending habeas corpus petition be stayed (Doc. 1) is **GRANTED**.

3. Adjudication of Geedy's federal habeas corpus action is **STAYED**.

4. Within thirty (30) days of the termination of his state court proceedings, Petitioner is directed to file a written status report

    with this Court detailing the conclusion of his Pennsylvania state court exhaustion efforts and including a copy of the relevant state court disposition.

5.  For administrative purposes only, the Clerk of Court is directed to mark this matter **CLOSED**.

    BY THE COURT:

    <u>s/Matthew W. Brann</u>
    Matthew W. Brann
    United States District Judge